COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-18-00516-CV

Style:     Holly  Brooke  Schaumleffel v. GS/TPRF III Houston Med. CTR., LP

Date motion filed:     September 7, 2018

Type of Motion:     Objection to Mediation

Party filing motion:     Appellee


It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated September 5, 2018.

Judge's signature: /s/   Laura C. Higley
              x  Acting individually     ○ Acting for the Court

              Panel consists of

Date:  September 12, 2018

---

*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).